UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
Eastern Division

Converse Inc.

                                      Plaintiff,

v.

                                      Case No.:
                                      1:21−cv−04260

                                      Honorable Steven
                                      C. Seeger

The Partnerships and Unincorporated Associations
Identified on Schedule "A", et al.

                                      Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, April 7, 2022:

      MINUTE entry before the Honorable Steven C. Seeger: Defendant Sell Costume's motion to vacate the default and motion to dismiss (Dckt. No. [56]) is hereby denied. Defendant points to the need for service under the Hague Convention, but this Court already ruled that there was a sufficient basis for service by alternate means. Service under the Hague Convention isn't a viable option when the address of the party is unknown, as Article 1 of the Hague Convention makes clear. Service by publication and by email was a sufficient means to give Defendant notice of the lawsuit. Defendant also moves to dismiss based on a lack of personal jurisdiction. To the extent that the motion purports to be a motion to dismiss, it is late, and defendant did not request or receive permission from the Court for a later filing. So it is denied on that grounds, too. In any event, Plaintiff offered a screen shot of Defendant's website, which provided a sufficient basis for personal jurisdiction. (Dckt. No. [13]−3, at 227 of 382). Mailed notice(jjr, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.